**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1917

MARIE THERESE ASSA'AD-FALTAS,

Plaintiff - Appellant,

v.

SARAH HEATHER SAVITZ WEISS; JOHN MEADORS; BARNEY GIESE, all three individually for damages arising from malicious prosecution and for qui tam recovery; BARBARA JEAN BURNS, f/k/a Popowski; MARION ONEIDA HANNA, both individually for damages for torts arising from their non-judicial acts and for qui tam recovery; GINGLIAT, BETTIS AND SAVITZ LAW FIRM, THE; MCANGUS, GOUDELOCK & COURIE LAW FIRM, THE, (MG&C) both firms for damages arising from conspiracies and for qui tam recovery; J. ANDREW DELANEY; STERLING GRAYDON DAVIES; BRETT BAYNE, all three individually for damages arising from conspiracies and other torts and for qui tam recovery; KEN GAINES; ROBERT G. COOPER; DANA M. THYE; DAVID A. FERNANDEZ, all four individually for damages arising from malicious prosecution and conspiracies and for qui tam recovery; STATE OF SOUTH CAROLINA, (SC); SC GENERAL ASSEMBLY; SC JUDICIAL MERIT SELECTIONS COMMISSION, (JMSC) all three entities solely for injunctive and declaratory relief; COLUMBIA SC, THE CITY OF, ("The City"); COLUMBIA POLICE DEPARTMENT, (CPD), both entities for injunctive and declaratory relief, for damages and for qui tam recovery; GARY JOHNSON; JOHN K. PASSMORE; AMANDA H. LONG BRANHAM; DEBBIE C. JORDAN; AMANDA STAR BLANTON, all five individually for damages from malicious prosecution and for qui tam recovery; CARL BURKE, Former Acting CPD Chief; RUBEN SANTIAGO, Former Acting CPD Chief; TANDY CARTER, former CPD Chief; all three individually for damages arising from gross negligence and for qui tam recovery; CAPTAIN HENDRIX, Present or former CPD Captain; CAPTAIN THORNTON, Present or former CPD Captain; LIEUTENANT BUTZER; LIEUTENANT EVANS; LIEUTENANT GIBSON; LIEUTENANT L. SHARPE; LIEUTENANT SMITH; LIEUTENANT YATES; SERGEANT AULD; SERGEANT DRAFTS; SERGEANT GUNTHER; SERGEANT SANDERS; CORPORAL BRANHAM; CORPORAL BELL; CORPORAL CALDWELL;

CORPORAL GOMEZ-RIEVERA; INVESTIGATOR BRIAN; INVESTIGATOR BAILEY; NAREWSKI; OFFICER ASHMORE; OFFICER BROWN; OFFICER DEJESUS; OFFICER GIRARD; OFFICER KELSON; OFICER MCSWAIN; OFFICER MEDLOCK; OFFICER WHITE, all twenty-seven individually for damages; DAVID ROSS, officially as head of SC's Prosecution Commission; JEANETTE MCBRIDE, officially as Richland County's, SC, ("RC") Clerk of Court, both for injunctive and declaratory relief and for qui tam recovery; DINAH GAIL STEELE; LARRY WAYNE MASON; WENDY CEO; CHARLENE CROUCH; COREY CURRY; TERESA INGRAM; JOHN MITCHEL JONES, ("Mitch"); TIFFANY LURKE; CHRISTOPHER JAMES MASON; RICHARD WAYNE MASON; WILLIAM TETTERTON; ALDEN HOLLIS WHEELER; JOHN DOE; JANE ROE, all fourteen individually for damages; DANA TURNER, falsely bearing a title of Chief Administrative Judge of the City's Municipal Court (CMC) individually for damages and officially for injunctive and declaratory relief and qui tam recovery; NIMRATA R. HALEY, a SC's Governor; ALAN WILSON, as SC's Attorney General; HENRY DARGAN MCMASTER, as SC's Lieutenant Governor; JOHN COURSON, as President pro tempore of SC's Senate; JAY LUCAS, as Speaker of SC's House of Representatives; JEAN HOEFER TOAL, as administrative head of all SC's state courts; DANIEL E. SHEAROUSE, as Clerk of SC's Supreme Court; JENNY KITCHENS, as Clerk of SC's Court of Appeals; MARK KEEL, as Chief of SC's State Law Enforcement Division (SLED); LEROY SMITH, as Head of SC's Department of Public Safety; LEON LOTT, as RC Sheriff; WARDEN OF ALVIN S GLENN DETENTION CENTER, (ASGDC); DANIEL JOHNSON, as SC's Fifth Judicial Circuit's Solicitor; GARY H. WATTS, as Coroner for Richland County, SC; ROBERT ELDON HOOD, as Current SC's Fifth Judicial Circuits Administrative Judge for General Sessions; LESLEY MCALLISTER COGGIOLA, as SC's Disciplinary Counsel; ROSLYNN FRIERSON, as Director of SC's Office of Court Administration; WILLIAM N. NETTLES, as U.S. Attorney for the District of South Carolina; STEVEN BENJAMIN, as Mayor and the other six members of the City Council; TERESA WILSON, manager for the City; all twenty-six solely officially and solely for injunctive and declaratory relief,

Defendants - Appellees.

No. 22-1920

MARIE THERESE ASSA'AD-FALTAS, MD MPH,

Plaintiff - Appellant,

2

v.

COLUMBIA SOUTH CAROLINA, CITY OF; THE CITY'S POLICE DEPARTMENT, for damages and injunctive and declaratory relief; SARA HEATHER SAVITZ WEISS, individually for damages; TANDY CARTER, individually for damages; DEBBIE C. JORDAN, individually for damages; MICHAEL KING, individually for damages; CPD CAPTAIN GREGORY A. SHARP, individually for damages; CPD SARGENT JAMES AULD, individually for damages; CPD OFFICER BROWN, individually for damages; CPD OFFICER GIRARD, individually for damages; RICHLAND/COLUMBIA DISPATCHER BRUNER, individually for damages; RETIRED CPD SARGENT JOSEPH SMITH, individually for damages; DANA ELIZABETH DAVIS TURNER, individually for damages; PAMELA ELAINE JACOBS HAWKINS, individually for damages; ATTORNEY ROBERT G. COOPER, individually for damages; ATTORNEY DAVID W. FARRELL, individually for damages; DINAH GAIL STEELE; LARRY WAYNE MASON; JOHN MITCHEL JONES; CHARLENE CROUCH; TERESA FELICIA INGRAM-JACKSON, individually for damages; STEELE ENTERPRISES, corporation owned by Steele and/or Mason for damages; AAA INVESTIGATIONS, corporation owned by Steele and/or Mason for damages; J. ANDREW DELANEY, individually for damages; MCANGUS GOUDELOCK & COURIE, for damages; REUBEN SANTIAGO, Interim CPD Chief solely officially for injunctive and declaratory relief; TERESA WISLON, Manager of the City solely officially for injunctive and declaratory relief; ALAN WILSON, Attorney General of South Carolina solely officially for injunctive and declaratory relief, and other presently-unknown persons and entities who acted to injure Plaintiff on 12 December 2009,

Defendants - Appellees.

———————

Appeals from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, Senior District Judge. (3:15-cv-03186-TLW; 3:13-cv-02715-TLW)

———————

Submitted:  March 21, 2023                    Decided:  March 23, 2023

———————

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

3

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Marie Therese Assa'ad-Faltas appeals the district court's orders denying her motions to reopen the respective underlying district court actions. We have reviewed the records in the underlying actions and discern no error. We thus affirm the district court's orders. *See Assa'ad-Faltas v. Weiss*, No. 3:15-cv-03186-TLW (D.S.C. Aug. 2, 2022); *Assa'ad-Faltas v. Columbia, S.C.*, No. 3:13-cv-02715-TLW (D.S.C. July 28, 2022). We deny all pending motions in these appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*